IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOYCE A. NICE,

       Plaintiff,

    vs.                         Civil Action 2:00-CV-584
                                   Judge Sargus
                                   Magistrate Judge King

WHEELING PITTSBURGH STEEL,

       Defendant.

## ORDER

On May 11, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion to remand be denied.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED** and plaintiff's motion to remand is **DENIED**.

7-27-2005
Date

_____
Edmund A. Sargus, Jr.
United States District Judge