AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JOYCE A. NICE, EXECUTRIX,**

       **Plaintiff,**

**vs.**

**WHEELING PITTSBURGH,**
**STEEL CORPORATION, et al.,**
       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-00-584**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

    ____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed March 31, 2008, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 31, 2008

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
 (By) Andy F. Quisumbing
 Courtroom Deputy Clerk